UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOHN DORN,

       Petitioner,                                    Case No. 1:12-CV-872

v.                                                  HON. GORDON J. QUIST

CINDI CURTIN,

       Respondent.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

The court has reviewed the Report and Recommendation filed by the magistrate judge on July 13, 2015, which was served on Petitioner that same day. No objections have been filed pursuant to 28 U.S.C. § 636(b).

**THEREFORE, IT IS ORDERED** that the Report and Recommendation of the magistrate judge, filed July 13, 2015 (dkt. #45), is approved and adopted as the opinion of the court.

**IT IS FURTHER ORDERED** that Petitioner's habeas corpus petition is **DENIED**.

**IT IS FURTHER ORDERED** that, for the reasons stated in the Report and Recommendation, a certificate of appealability is **DENIED**.

**This case is concluded.**

**A separate judgment will issue.**

Dated: August 11, 2015                                                 /s/ Gordon J. Quist
                                                                         GORDON J. QUIST
                                                             UNITED STATES DISTRICT JUDGE